IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL NURIAKHMEDOV | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, et al. | : | NO. 26-6695 |

ORDER

AND NOW, this 8th day of September 2026, it is hereby ORDERED that petitioner Rafael Nuriakhmedov shall not be transferred out of the Eastern District of Pennsylvania pending further order of this court.

BY THE COURT:

/s/ Harvey Bartle III
J.