IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL NURIAKHMEDOV | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, et al. | : | NO. 26-6695 |

ORDER

AND NOW, this 11th day of September 2026, it is hereby ORDERED that the respondents shall show cause, on or before Wednesday, September 16, 2026, why the writ of habeas corpus should not be granted.

BY THE COURT:

/s/ Harvey Bartle III
J.